OLIVER BROWN (State Bar No. 335952)
Oliver.Brown@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Motion Picture Association, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | Case Number:  2:25-mc-00025<br><br>**DECLARATION OF LARISSA KNAPP IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Larissa Knapp, the undersigned, declare that:

1. I am Executive Vice President and Global Chief Content Protection for the Motion Picture Association, Inc. ("MPA").  I submit this declaration on behalf of Disney Enterprises Inc., Columbia Pictures Industries Inc., Netflix Worldwide Entertainment LLC, Paramount Pictures Corporation, Universal City Studios Productions LLLP, and Warner Bros. Entertainment Inc. ("ACE Members"), each of which is a member of the Alliance for Creativity and Entertainment ("ACE").  ACE is a global coalition of leading content creators and on-demand entertainment

services committed to supporting the legal marketplace for video content and addressing the challenge of online piracy. The ACE Members, whether themselves or through subsidiaries and affiliates, own the copyrights in the below referenced copyrighted works.

    2.    The ACE Members (via the Motion Picture Association, Inc.) are requesting issuance of the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

| No | Infringing Website | Infringed Title 1 | Infringing URL 1 | Infringed Title 2 | Infringing URL 2 |
|---|---|---|---|---|---|
| 1 | **329tv.app** | Despicable Me 4 | 329tv.app/vod-play-id-275755-sid-3-nid-1.html | Transformers One | 329tv.app/vod-play-id-299008-sid-7-nid-1.html |
| 2 | **777tv.tw** | Despicable Me 4 | 777tv.tw/vodplay/288134-6-1.html | Jumanji: The Next Level | 777tv.tw/vodplay/147022-4-3.html |
| 3 | **agdm.tv** | Despicable Me 4 | agdm.tv/play/35818-3-1.html | Hi Score Girl | agdm.tv/play/7869-5-1.html |
| 4 | **balatutu.me** | Despicable Me 4 | balatutu.me/play/265590-1-1.html | Transformers One | balatutu.me/play/284383-1-1.html |
| 5 | **imaple.app** | Despicable Me 4 | imaple.app/play/296942-4-1.html | Transformers One | imaple.app/play/317891-7-1.html |
| 6 | **momovod.co** | Top Gun: Maverick | momovod.co/eps/102607-6-1.html | Fast & Furious 9 | momovod.co/eps/2422-3-1.html |
| 7 | **320hd.vip** | A Shop for Killers S01E01 | 320hd.vip/serie/%e0%b8%94%e0%b8%b9%e0%b8%8b%e0%b8%b5%e0%b8%a3%e0%b8%b5%e0%b9%88%e0%b8%a2%e0%b9%8c-a-shop-for-killers-2024/ | Sweet Tooth S01E01 | 320hd.vip/serie/sweet-tooth/ |
| 8 | **hydrahd.me** | Tenet | hydrahd.me/movie/139864- | Jumanji: The Next Level | hydrahd.me/movie/122193-watch-jumanji- |

-2-

| | | | | | |
|---|---|---|---|---|---|
| | | | watch-tenet-2020-online | | the-next-level-2019-online |
| 9 | **hydrahd.cc** | Tenet | hydrahd.cc/movie/139864-watch-tenet-2020-online | Jumanji: The Next Level | hydrahd.cc/movie/122193-watch-jumanji-the-next-level-2019-online |
| 10 | **hydrahd.com** | Tenet | hydrahd.com/movie/139864-watch-tenet-2020-online | Jumanji: The Next Level | hydrahd.com/movie/122193-watch-jumanji-the-next-level-2019-online |
| 11 | **tv14.nontondrama.click** | The Offer S01E01 | tv14.nontondrama.click/the-offer-season-1-episode-1-2022/ | Keep Breathing S01E01 | tv14.nontondrama.click/breathe-keep-breathing-season-1-episode-1-2022/ |
| 12 | **tv7.idlix.asia** | Gladiator 2 | tv7.idlix.asia/movie/gladiator-ii-2024/ | Kraven The Hunter | tv7.idlix.asia/movie/kraven-the-hunter-2024/ |
| 13 | **idlixian.com** | Gladiator 2 | idlixian.com/movie/gladiator-ii-2024/ | Venom: The Last Dance | idlixian.com/movie/venom-the-last-dance-2024/ |
| 14 | **1337x.to** | A Quiet Place | 1337x.to/torrent/3076775/A-Quiet-Place-2018-WEBRip-1080p-YTS-YIFY/ | Wish | 1337x.to/torrent/5966993/Wish-2023-1080p-WEBRip-1400MB-DD5-1-x264-GalaxyRG/ |
| 15 | **x1337x.eu** | A Quiet Place | x1337x.eu/torrent/3076775/A-Quiet-Place-2018-WEBRip-1080p-YTS-YIFY/ | Wish | x1337x.eu/torrent/5966993/Wish-2023-1080p-WEBRip-1400MB-DD5-1-x264-GalaxyRG/ |
| 16 | **tv1.lk21online.mom** | Gladiator 2 | tv1.lk21online.mom/gladiator-ii-2024/ | Venom: The Last Dance | tv1.lk21online.mom/venom-the-last-dance-2024/ |
| 17 | **filmyzilla.net.bz** | Gladiator 2 | filmyzilla.net.bz/movie/19542/Gladiator-2-%282024%29-hindi-dubbed-movie.html | Kraven The Hunter | filmyzilla.net.bz/movie/19640/Kraven-the-hunter-(2024)-hindi-dubbed-movie.html |

| | | | | | |
|---|---|---|---|---|---|
| 18 | **loklok.com.co** | Light Shop S01E01 | loklok.com.co/light-shop-2024-episode-1/ | Burried Hearts S01E01 | loklok.com.co/buried-hearts-2025-episode-1/ |
| 19 | **hdhub4u.soy** | Baywatch | hdhub4u.soy/baywatch-2017-hindi-bluray-full-movie/ | Harry Potter and the Deathly Hallows Part II | hdhub4u.soy/harry-potter-and-the-deathly-hallows-part-2-2011-bluray-hindi-english-full-movie |
| 20 | **hdstream4u.com** | Toy Story | hdstream4u.com/file/47sbigldvn7i | Tenet | hdstream4u.com/file/2ijgvxbpqh4l |
| 21 | **hubstream.art** | Toy Story | hubstream.art/#s6rzw | Tenet | hubstream.art/#kzay9 |
| 22 | **kaa.mx** | Food Wars! S01E01 | kaa.mx/food-wars-shokugeki-no-soma-a62b/ep-1-d17d1c | Lookism S01E01 | kaa.mx/lookism-1c63/ep-1-a26963 |
| 23 | **netmovies.to** | Frozen | web.netmovies.to/hhjkasitu99vikvw0244/ | Sonic the Hedgehog 2 | web.netmovies.to/sonic-the-hedgehog-2 |
| 24 | **netfree.cc** | Mission: Impossible - Dead Reckoning Part 1 | netfree.cc/mobile/playlist.php?id=816A65878&t=Mission%3A%20Impossible%20-%20Dead%20Reckoning&tm=1741843301 | Oblivion | netfree.cc/mobile/playlist.php?id=70259170&t=Oblivion&tm=1741843301 |
| 25 | **mkvcinemas.kim** | Smile 2 | mkvcinemas.kim/smile-2-2024-movie-amzn-webrip-dual-audio-hindi-eng-480p-720p-1080p-2160p/ | Alice in Wonderland (Tim Burtons) | mkvcinemas.kim/alice-in-wonderland-2010-movie-brrip-english-esub-300mb-480p-900mb-720p/ |
| 26 | **0123movie.net** | A Quiet Place | 0123movie.net/movie/a-quiet-place-24429.html | Frozen | 0123movie.net/movie/frozen-2003.html |
| 27 | **primewire.tf** | A Quiet Place | primewire.tf/movie/1046237-a-quiet-place | Frozen | primewire.tf/movie/478838-frozen |
| 28 | **eynywin.com** | Fast & Furious 9 | eynywin.com/movie/vodpla | Top Gun: Maverick | eynywin.com/movie/vodplay90114-6-1.html |

| | | | | | |
|---|---|---|---|---|---|
| | | | y/32182-4-1.html | | |
| 29 | **bflix.sh** | Bambi | bflix.sh/movie/bambi-96001/ | Beverly Hills Cop | bflix.sh/movie/beverly-hills-cop-53431/ |
| 30 | **goku.sx** | Tenet | goku.sx/watch-movie/watch-tenet-63301/1149873 | Jumanji: The Next Level | goku.sx/watch-movie/watch-jumanji-the-next-level-1663/1130807 |
| 31 | **1hd.to** | Tenet | 1hd.to/watch-movie/watch-tenet-online-63301/1149873 | Jumanji: The Next Level | 1hd.to/watch-movie/watch-jumanji-the-next-level-online-1663/1130807 |
| 32 | **vidplay.org** | Tenet | vidplay.org/movie/139864-watch-tenet-2020-online | Jumanji: The Next Level | vidplay.org/movie/122193-watch-jumanji-the-next-level-2019-online |
| 33 | **vidplay.tv** | Tenet | vidplay.tv/movie/139864-watch-tenet-2020-online | Jumanji: The Next Level | vidplay.tv/movie/122193-watch-jumanji-the-next-level-2019-online |
| 34 | **watchseries.bar** | Encanto | watchseries.bar/movie/encanto/568124 | Top Gun: Maverick | watchseries.bar/movie/top-gun-maverick/361743 |
| 35 | **pelisflix2.la** | Moana 2 | pelisflix2.la/pelicula/moana-2/ | A Quiet Place - Day 1 | pelisflix2.la/pelicula/un-lugar-en-silencio-dia-uno-znxu/ |
| 36 | **pelisflix.is** | Moana 2 | pelisflix.is/pelicula/moana-2-kdso/ | Barbie | pelisflix.is/pelicula/barbie-ktzn/ |
| 37 | **tvmon15.org** | Inside Out | tvmon15.org/movie/22536 | Oppenheimer | tvmon15.org/movie/14490 |
| 38 | **tvwiki17.com** | Inside Out | tvwiki17.com/movie/22248 | Oppenheimer | tvwiki17.com/movie/13458 |
| 39 | **pelisflix2.now** | Moana 2 | pelisflix2.now/pelicula/moana-2/ | A Quiet Place - Day 1 | pelisflix2.now/pelicula/un-lugar-en-silencio-dia-uno-znxu/ |
| 40 | **hydrahd.ac** | Tenet | hydrahd.ac/movie/139864-watch-tenet-2020-online | Jumanji: The Next Level | hydrahd.ac/movie/122193-watch-jumanji-the-next-level-2019-online |

| # | Site | Work | URL | Work | URL |
|---|------|------|-----|------|-----|
| 41 | **freek.to** | Tenet | freek.to/watch/movie/577922 | Jumanji: The Next Level | freek.to/watch/movie/512200 |
| 42 | **freeky.to** | Tenet | freeky.to/watch/movie/577922 | Jumanji: The Next Level | freeky.to/watch/movie/512200 |
| 43 | **binged.to** | Tenet | binged.to/watch/movie/577922 | Jumanji: The Next Level | binged.to/watch/movie/512200 |
| 44 | **assistir.biz** | Hocus Pocus 2 | assistir.biz/filme/abracadabra-2-2022 | Gladiator 2 | assistir.biz/filme/gladiador-2 |
| 45 | **assistir.app** | The Little Mermaid | assistir.app/filme/a-pequena-sereia-2023 | Sonic the Hedgehog 2 | assistir.app/filme/sonic-2-o-filme |
| 46 | **assistir.lol** | Inside Out 2 | assistir.lol/filme/divertida-mente-2 | Venom: The Last Dance | assistir.lol/filme/venom-a-ultima-rodada |
| 47 | **assistir.site** | Moana 2 | assistir.site/filme/moana-2 | Venom: The Last Dance | assistir.site/filme/venom-a-ultima-rodada |
| 48 | **assistirfilme.net** | The Little Mermaid | assistirfilme.net/filme/a-pequena-sereia-2023 | Top Gun: Maverick | assistirfilme.net/filme/top-gun-maverick-2022 |
| 49 | **pelisgod.com** | Barbie | pelisgod.com/pelicula/barbie-2023 | Minions 2: The Rise of Gru | pelisgod.com/pelicula/minions-nace-un-villano-2022 |
| 50 | **seriesgod.com** | The Muppets Mayhem S01E01 | seriesgod.com/episodio/los-muppets-los-mayhem-dan-la-nota-1x1/ | Knuckles S01E01 | seriesgod.com/episodio/knuckles-1x1/ |
| 51 | **playdede.link** | Moana 2 | playdede.link/pelicula/vaiana_2_1241982 | Venom: The Last Dance | playdede.link/pelicula/venom_el_ltimo_baile_912649 |
| 52 | **cuevana8.eu** | Moana 2 | cuevana8.eu/pelicula/1241982/moana-2 | Venom: The Last Dance | cuevana8.eu/pelicula/912649/venom-el-ultimo-baile |

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited ACE Members' exclusive rights in their copyrighted motion pictures without their authorization. This information will only be used for the purposes of protecting the rights granted

to ACE Members, the motion picture copyright owners, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington D.C., on April 14, 2025.

*Larissa Knapp*
_____
Larissa Knapp